UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 2:07-cv-1297 |
| Plaintiff, | ) | |
| vs. | ) | |
| ANTOINETTE R. MCCLUSKEY, | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

AND NOW, this 22nd day of Dec, 2007 Defendant, Antoinette R. McCluskey, having failed to plead or otherwise defend this action and default having been entered,

NOW, upon application of the United States and upon Affidavit that Defendant is indebted to the United States in the sum of $93,912.46 plus interest accruing from July 31, 2007 at the rate of 9.00%, per annum to the date of judgment, Defendant is not an infant or incompetent person and Defendant is not in the military service of the United States, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff recover of Defendant as follows:

(a) Principal and advances ......................................... $49,470.47

(b) Interest through July 31, 2007 ............................... $ 6,323.25

(b) Interest Subject to Recapture ............................... $38,118.74

TOTAL ................................................................... $93,912.46

Plus interest accruing from July 31, 2007 at the rate of 9.00% per annum, to the date of judgment.

It is further ORDERED that the collateralized property hereby shall be and is exposed for sale for the purpose of satisfying Plaintiff's judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

_____
UNITED STATES DISTRICT JUDGE